UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
FELIX CASTRO, *on behalf of himself and all others*               :
*similarly situated*,                                             :
                                                                  :
                        Plaintiff,   :        23-CV-3516 (JMF)
                                                                  :
          -v-                                                    :        <u>ORDER</u>
                                                                  :
OUTDOORSMANS RESALE, INC.,                                        :
                                                                  :
                        Defendant.                                     :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On August 21, 2023, the Court referred this case to the Court-annexed Mediation Program upon the parties' request and directed the parties "to participate in the mediation in good faith." ECF No. 15. On September 25, 2023, the Court was advised by the District's Mediation Program that "the court-ordered mediation in this case was not held as one or both of the parties failed, refused to attend, or refused to participate in the mediation." ECF No. 18. The Court is concerned by the parties' apparent lack of good faith and diligence in resolving this case. Future failures to comply with the Court's orders may result in sanctions. No later than **September 29, 2023**, the parties shall file a joint status update explaining why one or both parties failed to attend the scheduled mediation conference and outlining any next steps.

        SO ORDERED.

Dated: September 26, 2023                      _____
      New York, New York                            JESSE M. FURMAN
                                                               United States District Judge