UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
FELIX CASTRO, *on behalf of himself and all others* :
*similarly situated*, :
:
                              Plaintiff, :      23-CV-3516 (JMF)
:
       -v- :      <u>ORDER</u>
:
OUTDOORSMANS RESALE, INC., :
:
                          Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's August 24, 2023 Order, ECF No. 17, the parties were required to file a joint letter, the contents of which are described therein, no later than January 4, 2024. To date, the parties have not filed any joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 8, 2024**.

      SO ORDERED.

Dated: January 5, 2024
       New York, New York
                                                         JESSE M. FURMAN
                                               United States District Judge