UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
FELIX CASTRO, *on behalf of himself and all others* :
*similarly situated*, :
:
                                    Plaintiff, :                          23-CV-3516 (JMF)
:
            -v-                                  :                            ORDER
:
OUTDOORSMANS RESALE, INC., :
:
                                    Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the conference held earlier today:

- The Court hereby imposes sanctions on Mr. Noor Abou-Saab in the amount of **$5,000.00**, and on Mr. David Stein in the amount of **$1,000.00**. It is hereby ORDERED that Mr. Saab and Mr. Stein shall pay their respective sanctions to the Clerk of Court **within two weeks of the date of this Order**.

- It is further ORDERED that, **within one week of the date of this Order**, Mr. Saab shall file: (1) a letter (and any appropriate documentation) verifying his oral representations to the Court about his medical issues; and (2) a declaration from Mr. Castro confirming that Mr. Saab had unilateral authority to voluntarily dismiss this case without advising, or obtaining authorization from, Mr. Castro and confirming when, and in what manner, Mr. Saab advised Mr. Castro of the dismissal. The letter shall explain, among other things, how long Mr. Saab's issues have persisted and how they have impacted his ability to perform his duties to his clients and the Court. The Court may impose additional sanctions if these submissions fail to substantiate Mr. Saab's oral representations.

- Failure to comply with this Order by either counsel will result in additional sanctions.

    SO ORDERED.

Dated: January 22, 2024                                _____
       New York, New York                              JESSE M. FURMAN
                                                               United States District Judge