O1M3CASC

1 | UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2 | ------------------------------x

3 | FELIX CASTRO,

4 |                  Plaintiff,              New York, N.Y.

5 |            v.                            23 Civ. 3516 (JMF)

6 | OUTDOORSMAN RESALE, INC.,

7 |                  Defendant.

8 | ------------------------------x          Conference

9 |                                          January 22, 2024
                                            3:00 p.m.

10 | Before:

11 |                     HON. JESSE M. FURMAN,

12 |                                          District Judge

13 |

14 |                          APPEARANCES

15 |

16 |
NOOR ABOU-SAAB

17 |      Attorney for Plaintiff

18 |
STEIN & NIEPORENT, LLP

19 |      Attorneys for Defendant
BY:  DAVID STEIN

20 |

21 |

22 |

23 |

24 |

25 |

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

O1M3CASC

1          (Case called)

2          MR. SAAB:  Noor Abou-Saab for the plaintiff.  Thank

3    you, your Honor.

4          THE COURT:  Good afternoon.

5          MR. STEIN:  Good afternoon, your Honor.  David Stein

6    for the defendant.  I'll move over to my left.

7          THE COURT:  Please use the microphone so that

8    everybody can hear you.

9          I have to say I'm sort of shocked by both of your

10   conduct in this case.  At least Mr. Stein has given me the

11   honor of responding to the order to show cause.  Mr. Saab

12   didn't even do that.  But instead obviously thought that you

13   could evade responsibility for your repeated problems in this

14   litigation by filing a notice of voluntarily dismissal and

15   thought the problem would go away, but that's not the way this

16   works.

17          And in a case where it's quite clear to me, Mr. Saab,

18   that you have paid no attention whatsoever to it from probably

19   the beginning of the case until now, and you have repeatedly

20   ignored and violated court orders, I'm not just going to let it

21   slide.  I am not going to let you file a notice of voluntarily

22   dismissal and walk away as if nothing has happened.

23          I also, quite frankly, have serious concerns about

24   whether your client is aware of your conduct in this case.  I

25   know that you have filed dozens and dozens of lawsuits on

O1M3CASC

1    behalf of that client.  But, I wonder very, very hard whether

2    your client is aware of what is going on.  I wonder whether he

3    is aware of these cases, but certainly wonder if he has any

4    idea what's going on here and if his rights to some extent were

5    compromised in an effort on your part to evade sanctions in

6    this case.

7         So, I don't know if you want to start to explain

8    yourself, but I really just am flabbergasted by the conduct

9    here.  It doesn't help, by the way, that both of you have been

10   in the hot seat with me before.  This is not the first case

11   where you have violated court orders and ignored things that I

12   have directed you to do.  I can cite chapter and verse and give

13   you other examples of it, but I trust that you are generally

14   aware of what I'm talking about.

15        So, I would expect, given that prior experience with

16   me, that you'd be a little bit on better behavior and try to

17   adhere to your obligations in this case.  But, obviously not.

18        So, Mr. Saab, I'll give you an opportunity to explain

19   yourself and explain why I shouldn't impose sanctions, but I

20   will tell you that I think your likelihood of walking out here

21   without sanctions is pretty darn low.

22        MR. SAAB:  I understand that, your Honor.  I just want

23   to the first apologize for my conduct.

24        THE COURT:  Keep your voice up, please.

25        MR. SAAB:  I'm sorry, your Honor.  I want to apologize

Case 1:23-cv-03516-JMF   Document 44   Filed 03/01/24   Page 4 of 14   4

O1M3CASC

1        for my conduct and my failures to follow your orders.

2                    I, your Honor, I wanted to provide you with the

3        documentation that your Honor had requested earlier today.  I

4        was seen by my doctor three weeks ago for complications for

5        long COVID, COVID pneumonia, and other now a list of issues.  I

6        did not intend willfully to ignore your Honor's orders.  I -- I

7        can only say I will do my best to do better, your Honor.  I've

8        never experienced anything like this before.  And in order to

9        be able to continue, I have to be responsible for my actions

10       and inactions and I'm ready to take responsibility today.

11       That's why I came here.  I --

12                   THE COURT:  You came here because I denied repeated

13       requests to adjourn this or convert it to a telephone

14       conference, because you failed to provide any documentation to

15       support the notion that you couldn't appear today.  That's why

16       you appeared today.  And if you hadn't appeared today, I assure

17       you that you would be in even bigger trouble.  And so, let's be

18       clear about why you are here today, and let's also be clear,

19       you just said this is the first time this has happened.  It's

20       not.  I can cite three cases of my own where you have faced

21       orders to show cause for repeated failure to comply with court

22       orders.

23                   *Hernandez v. Nooworks*, 23 CV 2657.  I threatened

24       sanctions after you failed to submit your letters before the

25       initial pretrial conference and proposed case management plan

                        SOUTHERN DISTRICT REPORTERS, P.C.
                               (212) 805-0300

O1M3CASC

1    twice, despite courtesy extensions and repeated reminders.

2    Magistrate Judge Cave also threatened sanctions after you

3    repeatedly failed to submit required documents prior to a

4    settlement conference.

5         *Robertson v. Bob Mackie Design Group*, 23 CV 5112.  I

6    threatened sanctions after you failed to file a motion for

7    default judgment by the deadline, and then failed again to file

8    any response to the order to show cause why the case should not

9    be dismissed.  Magistrate Judge Gorenstein also admonished you

10   for failing to comply with deadlines and orders.

11        *Gonzalez v. Pesco Clothing*, 23 CV 7936, in response to

12   an order to show cause regarding your failure to serve a

13   summons and complaint, you simply filed a late proof of service

14   and didn't even try to demonstrate good cause.

15        This is not the first time that you have failed to

16   comply with my orders.  So, that is just demonstrably false.

17   Not to mention, this isn't a recent phenomenon.  In this case

18   it dates back to August of last year, when despite an order

19   reminding you to submit a pre-initial conference letter and

20   proposed case management plan, you failed to do so.  In

21   September, you failed to show up for mediation as required.

22   Mr. Stein then submitted an explanation as to why in response

23   to my order, but you did not.

24        In other words, this is a pattern that goes back

25   months in this case and months and months if not years in other

O1M3CASC

1    cases.  And I will tell you, Mr. Saab, because judges speak,

2    you are a known quantity in this court.  I'm not the only judge

3    who is experiencing these problems with you, and that's not a

4    surprise, because when somebody exhibits these sorts of

5    problems, it's not usually isolated.  It is usually a

6    reflection of something larger.  And I don't know if your

7    clients are aware of the ways in which you are doing them a

8    disservice, but honestly, something is amiss here and it has to

9    change.

10            MR. SAAB:  Your Honor, I just want to clarify one

11    thing.  By no means did I try to say that this was the first

12    occurrence, your Honor.  It's not.  And I apologize profusely.

13    What I meant to convey is that this, this pattern that I've

14    had, this illness that has not left, and that I'm dealing with,

15    is the first time I've experienced this.  I was hospitalized in

16    May, and it's been very tough ever since.  I have the

17    documentation that shows I'm going consistently to different

18    doctors, internal medicine, immunologists.  The last visit that

19    I had was unfortunately not with my primary, which was about

20    three weeks ago.  And I don't have a letter, I have only what I

21    can show you on my phone, unfortunately.  Which if you were to

22    see, you would see a long list of doctors visits, a long list

23    of medications, and I'm balancing right now my livelihood and

24    my health.  And unfortunately, I have to continue, despite my

25    health, and I do apologize.

O1M3CASC

1          THE COURT:  And does your client know about the

2    dismissal in this case?

3          MR. SAAB:  I informed my client today.

4          THE COURT:  So, in other words, at what time today?

5          MR. SAAB:  About an hour ago.

6          THE COURT:  So, after you filed the stipulation of

7    dismissal.

8          MR. SAAB:  My client gave me authority on these cases,

9    your Honor, and I explained to my client, who unfortunately is

10   aware that some cases have been affected by my health.  And I

11   am doing my best to live up to the guidelines that I have to in

12   order to continue to be an attorney.  I'm doing my best.  And I

13   apologize.

14         THE COURT:  Okay.  Mr. Stein, what do you want to say

15   for yourself?  Certainly slightly better step than Mr. Saab,

16   again, you at least responded to my order to show cause, but by

17   your own admission you repeatedly violated court orders to file

18   certain things, whether jointly or otherwise.  And while it may

19   be your belief that the plaintiff should initiate some of

20   those, the fact of the matter is a court order is a court

21   order, and if you are required to file something then, just as

22   you did in anticipation of this conference, if you can't get

23   the plaintiff to do what they need to do, you need to file.

24         Tell me why I shouldn't sanction you.  I'm certainly

25   happy to cite the other cases where I have either threatened

O1M3CASC

1    sanctions or otherwise chastised you.  But I trust you know

2    this isn't the first time I've had issues with you.

3              MR. STEIN:  Your Honor, I think we set out our

4    position in document number 27 that we submitted to the Court

5    at various junctures in this case that your Honor referred to

6    in the show cause order.  Starting with the scheduling of the

7    mediation.  I mean, there are many judges in this district,

8    your Honor, that would hold the plaintiff accountable for the

9    plaintiff's actions exclusive of anything that the defendant

10   might do.  In fact, just today, Judge Vyskocil issued an order

11   against one of those counsel for failure for prosecuting his

12   case.

13             THE COURT:  What's the docket number on that case?

14             MR. STEIN:  I don't have that with me, your Honor.

15             THE COURT:  Okay.

16             MR. STEIN:  I could get it for you.  I'll ask my

17   partner to look it up.  But the point is that many judges don't

18   necessarily hold both parties accountable.  Obviously you do.

19   And we documented I think, I think the failure on our part is,

20   as your Honor just alluded to, if we weren't able -- if we gave

21   dates for a mediation, and plaintiff's counsel never got back

22   to us, I guess we could have written to the Court and said,

23   judge, we tried to schedule mediation, plaintiffs did not

24   cooperate with us.  We could have done that.  We didn't do

25   that.  So I guess that's a shortcoming on our part.  But on the

O1M3CASC

1    other hand, the order to schedule mediation was directed to

2    both parties.  We did our part.

3            THE COURT:  I'm less concerned about the mediation

4    because there it does seem quite clear you complied with what

5    you were supposed to do and plaintiff did not.  But I don't

6    think your explanation with respect to the deadline to file

7    something back in the beginning of January or last week, for

8    that matter, that those are particularly adequate.

9            MR. STEIN:  Sorry.  Which one are you talking about?

10   The January 7 letter, Judge?

11           THE COURT:  Yes.  Which was due on January 4.

12           MR. STEIN:  Your Honor gave both parties an extension.

13   Mr. Saab sent us a --

14           THE COURT:  Only because you had failed to comply,

15   just to be clear.

16           MR. STEIN:  Right.  But again, it is the plaintiff's

17   case.  The plaintiff did not send us a proposed draft or

18   anything, that is true.

19           I'm charged with responsibility to protect my client's

20   money.  Okay.  Most of the times, the companies that are sued

21   in these kinds of cases are small companies.  So, to ask small

22   companies, who already take great offense to having been sued

23   in one of these cases, which they know to be essentially

24   legalized extortion, to then ask them to prosecute the

25   plaintiff's case is asking a little bit much.  But

O1M3CASC

1    nevertheless --

2              THE COURT:  Mr. Stein, you weren't being asked to

3    prosecute the plaintiff's case.  There was an order, there was

4    a prior order that set a deadline to file the letter by

5    January 4.  As a courtesy, I entered an order to remind counsel

6    of those deadlines in part because it avoids the need to chase

7    you when you fail to comply.  One would think, having issued

8    that reminder order, I wouldn't then need to chase you down to

9    comply.  I issued an order of on January 2 of this year saying

10   the parties are reminded, which you would concede you're

11   subject to, correct?

12             MR. STEIN:  Correct.

13             THE COURT:  Correct.  You were required to submit a

14   joint status letter no later than the Thursday prior to the

15   upcoming pretrial conference, which was January 4.  Correct?

16             MR. STEIN:  Right.

17             THE COURT:  So, by your own admission, because really,

18   there is no disputing it, you were subject to that order.  That

19   order required a joint submission by January 4.  On January 2 I

20   gave you the courtesy of reminding you about that submission,

21   and yet on January 4 you failed to comply.  I nonetheless as a

22   courtesy issued a nunc pro tunc extension that gave you until

23   January 8th.  That order read the parties were required to file

24   a joint order, the contents of which were described.  To date,

25   the parties have not filed any joint letter.  As a courtesy,

O1M3CASC

1    the deadline is hereby extended to January 8th.

2            You would concede, would you not, that you were

3    subject to that order.  Correct?

4            MR. STEIN:  Correct.

5            THE COURT:  It is not a function -- Mr. Stein,

6    Mr. Stein, don't talk over me.

7            It is not a function of prosecuting the plaintiff's

8    case.  It is not a function of whose responsibility it is to

9    move this litigation forward.  It is a court order that you

10   were subject to, that you were bound by.  That applied as much

11   to you as it did to Mr. Saab, did it not?  Yes or no?

12           Yes or no?

13           MR. STEIN:  It was supposed to be a joint submission.

14           THE COURT:  Mr. Stein, yes or no?

15           Mr. Stein, I have to say, I have to say this is not

16   the first time you've been in a courtroom where you've spoken

17   to me in the manner you are speaking to me now.  I don't take

18   kindly to it.  Okay.  So don't speak over me.

19           You were subject to that order, were you not?

20           MR. STEIN:  We both were subject to the order.

21           THE COURT:  I'll take that as a yes.

22           MR. STEIN:  Fine.

23           THE COURT:  You failed to comply by January 8th, did

24   you not?

25           MR. STEIN:  Did your Honor --

O1M3CASC

1          THE COURT:  Did you file anything by January 8th?

2          MR. STEIN:  I would like an opportunity to answer your

3     Honor's question.

4          THE COURT:  Yes or no, did you file anything by

5     January 8th?

6          MR. STEIN:  There was nothing that was filed by

7     January 8th and we explained why.  And the reason why was

8     because I sent back -- what was sent to me on January 5 was not

9     what your Honor had asked for.  I redlined, sent it back on a

10    Sunday to opposing counsel for filing.  There was nothing more

11    to be done.  And we just assumed that they would file it, and

12    we assumed wrong.

13          THE COURT:  All right.  Well, surely at this point you

14    know not to rely on Mr. Saab to comply with your obligations.

15    But since you've acknowledged that you had obligations and

16    failed to comply with them, I'll take that as a simple yes.

17          I am going to sanction both of you for wasting my

18    time, wasting the court's resources, and making us continually

19    chase you down to ensure that you comply with your

20    responsibilities.

21          At the outset, I am going to sanction plaintiff's

22    counsel $5,000 payable to the clerk of court within two weeks.

23    Defense counsel I will sanction only $1,000, since

24    comparatively you were not quite as at fault as Mr. Saab.

25          Mr. Saab, I am going to give you one week to, number

O1M3CASC

1    one, file a declaration from your client attesting that he was

2    made aware of the dismissal of this case, and attesting that he

3    had given you authority to dismiss cases without notifying him

4    or seeking his permission to do so.  That is to say, confirming

5    the representations that you made to me.

6            Within a week you're also to submit for ex parte in

7    camera review whatever documentation you want with respect to

8    your medical condition, and however far it may go back.  And if

9    it doesn't conform or support the representations you made

10   today, then if either of those things don't support it, then I

11   can assure you that this is not the end of the sanctions that

12   you are going to receive, and you're likely to receive a

13   referral to the grievance committee as well.

14           Do you understand?

15           MR. SAAB:  Yes, your Honor.  I do understand.

16           THE COURT:  Okay.  So $5,000 payable within two weeks

17   to the clerk of court.

18           Defense counsel, $1,000 payable to the clerk of court

19   within two weeks.

20           Anything else?

21           MR. SAAB:  Could I ask that your Honor reconsider that

22   $5,000.  Your Honor, I've been sick for months and months.

23   That amount of money is significant for me considering the year

24   that I've had.  It is excessive, your Honor.

25           THE COURT:  Denied.  I'm very sorry that you've been

O1M3CASC

1  sick.  I wish you well.  But to the extent you were not able to

2  comply with your obligations as an attorney of this court, you

3  had an obligation to withdraw and to deal with it in a

4  different manner that you have.  You have wasted my time, you

5  have waited my staff's time.  And again, it is not only in this

6  case, and it goes back far enough that I sincerely doubt that

7  it is explained by your health considerations.

8          So, I certainly am sorry and I wish you well.  But the

9  application is denied.  Thank you very much.  Have a good day.

10          (Adjourned)